# United States District Court
## Violation Notice

Romo #: 0626 (Rev. 1/2016)

| Location Code | Violation Number | Officer Name (Print) | Officer No. |
|---|---|---|---|
| 17 | 9354497 | FINK | 964 |

### YOU ARE CHARGED WITH THE FOLLOWING VIOLATION

Date and Time of Offense: 02/17/2025 1033
Offense Charged: ☒ CFR  ☐ USC  ☐ State Code
36 CFR 2.32(a)(2)

Place of Offense: Hwy 36 at "Welcome To Rocky" Sign - Miles Dr

Offense Description: Factual Basis for Charge   HAZMAT ☐
Interfering with Agency Functions - Failure to Obey Lawful Order

### DEFENDANT INFORMATION
Phone: 970-737-0002
Last Name: SMITH
First Name: DAVID

Street Address: 1087 [redacted]
City: Glen[redacted]
Driver's License: 0003[redacted]

### VEHICLE

**A** ☐ APPEARANCE IS REQUIRED
If Box A is checked, you must appear in court. See instructions.

**B** ☒ APPEARANCE IS OPTIONAL
If Box B is checked, you must pay the total collateral due or in lieu of payment appear in court. See instructions.

$ 300.00 Forfeiture Amount
+ $30 Processing Fee
$ 330.00 Total Collateral Due

PAY THIS AMOUNT AT www.cvb.uscourts.gov

### YOUR COURT DATE

| Court Address | Date |
|---|---|
| | Time |

My signature signifies that I have received a copy of this violation notice. It is not an admission of guilt. I promise to appear for the hearing at the time and place instructed or in lieu of appearance pay the total collateral due.

X Defendant Signature
Original - CVB Copy

*9354497*

## STATEMENT OF PROBABLE CAUSE
(For issuance of an arrest warrant or summons)

I state that on _____, 20____ while exercising my duties as a law enforcement officer in the _____ District of _____.

The foregoing statement is based upon:
☒ my personal observation  ☐ my personal investigation
☐ information supplied to me from my fellow officer's observation
☐ other (explain above)

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge.

Executed on: 02/17/2025   [signature]
Date (mm/dd/yyyy)   Officer's Signature

Probable cause has been stated for the issuance of a warrant.

Executed on: _____
Date (mm/dd/yyyy)   U.S. Magistrate Judge

HAZMAT = Hazardous material involved in incident; PASS = 9 or more passenger vehicle;
CDL = Commercial driver's license;   CMV = Commercial vehicle involved in incident

**UNITED STATES DISTRICT COURT VIOLATION NOTICE**

Violation No. 9354497   Loc. Code 12
**STATEMENT OF PROBABLE CAUSE**
(for issuance of an arrest warrant or summons)

I state that on February 17, 2025, while exercising my duties as a law enforcement officer in the Judicial District of Colorado

During a protest rally with hundreds of people, within the boundaries of Rocky Mountain National Park, I observed a male, identified as David Smith, walking up and down both inbound and outbound lanes of traffic. As I instructed all protesters to stand on the outside of the white lines that lined the roadway and received compliance from all, SMITH refused to stand outside of the white lines. I instructed SMITH to stand off the road behind the white lines six separate times. SMITH stated he did not have to. I stated to him he needed to be off the road to allow traffic to move freely and not create a safety hazard. SMITH walked away within the roadway. As SMITH continued to move freely in the roadway, vehicles were observed traveling in the opposite lane of traffic to maneuver safely around SMITH. The road was snow and slush covered from a recent snowstorm creating icy road conditions. After SMITH continued walking in the road and standing in the middle over the double yellow lines, SMITH approached me. I told him to move to the side of the road and pointed to the side. He refused. As he approached, I put up my hands and told him to get off the road. SMITH walked forward towards me. I put my hands up again and told him I was going to put my hands on him. I pushed him backwards off the road. SMITH advanced at me bumping up against my chest. SMITH would not leave. SMITH was placed under arrest for failure to obey a lawful order. BWC footage available.

The foregoing statement is based upon:
✓ my personal observation   ☐ my personal investigation
☐ information supplied to me by my fellow officer's observation
☐ other (explain)

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge.

Executed on: 02/17/2025
Date (mm/dd/yyyy)      Officer's Signature

Probable cause has been stated for the issuance of a warrant.

Executed on: _____
Date (mm/dd/yyyy)      U.S. Magistrate Judge

# United States District Court
## Violation Notice (Rev. 1/2020)

VP25038542

| Location Code | Violation Number | Officer Name (Print) | Officer No. |
|---|---|---|---|
| 12 | E2359886 | GOFF | 359 |

### YOU ARE CHARGED WITH THE FOLLOWING VIOLATION

| Date and Time of Offense (mm/dd/yyyy) | Offense Charged ☐ CFR ☒ USC ☐ State Code |
|---|---|
| 4/23/2025 10:45 | 18 USC 111 |

Place of Offense: Rocky Mountain N.P. / US Highway 36 @ Mills Drive

HAZMAT ☐

Offense Description: Factual Basis for Charge

Assaulting, resisting, or impeding certain officers

### DEFENDANT INFORMATION
Phone: (970) 732-0002

Last Name: Smith
First Name: David

Street Address: 108▮▮ ▮▮▮▮▮▮▮▮

City: Glen▮▮▮

Driver License: 0003▮▮▮▮

VEHICLE

Tag No.: ▮▮▮▮

### APPEARANCE IS REQUIRED
☒ A  If Box A is checked, you must appear in court. See instructions.

Mandatory Appearance

### APPEARANCE IS OPTIONAL
☐ B  If Box B is checked, you must pay the total collateral due or in lieu of payment appear in court. See instructions.

$ Forfeiture Amount
$30 Processing Fee
$ Total Collateral Due

PAY THIS AMOUNT AT www.cvb.uscourts.gov

### YOUR COURT DATE
(If no court appearance date is shown, you will be notified of your appearance date by mail.)

Court Address: 
Date: 
Time: 

My signature signifies that I have received a copy of this violation notice. It is not an admission of guilt. I promise to appear for the hearing at the time and place instructed or in lieu of appearance pay the total collateral due.

X Defendant Signature

Original CVB Copy

## STATEMENT OF PROBABLE CAUSE
(For issuance of an arrest warrant or summons)

I state that on April 23rd, 2025, while exercising my duties as a law enforcement officer in the Federal District of Colorado.

See Attached

The foregoing statement is based upon:
☐ my personal observation
☒ my personal investigation
☒ information supplied to me from my fellow officer's observation
☐ other (explain above)

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge.

Executed on: 04/25/2025
Date (mm/dd/yyyy)    Officer's Signature

Probable cause has been stated for the issuance of a warrant.

Executed on: _____
Date (mm/dd/yyyy)    U.S. Magistrate Judge

HAZMAT = Hazardous material involved in incident; PASS = 9 or more passenger vehicle;
CDL = Commercial driver's license; CMV = Commercial vehicle involved in incident

## STATEMENT OF PROBABLE CAUSE
(For issuance of an arrest warrant or summons)

I state that on April 23rd, 2025 while exercising my duties as a law enforcement officer in the Federal District of Colorado
In early March of 2025, I was assigned as an invesatigator for an incident that occurred within the bounds of Rocky Mountain National Park on February 17th. On this date, Supervisory USPR A. FINK was tending to a public demonstration along US Highway 36 involving hundreds of protestors. While dealing with an individual (identified as David Smith) refusing to comply with a lawful order, FINK was forced to use physical coersion to escort SMITH to the side of the highway. SMITH immediately became enraged, and used his body weight to forcefully push FINK in to the active highway. A combination of SMITH's aggressive demeanor, combative posture, and active resistance to FINK's lawful coersion inspired what any reasonable officer would interpret as a threat of imminent violence towards them. FINK required the assistance of 2 additional officers to physically restrain SMITH. Further articulation of SMITH's pre-assault indicators are documented in this case file. SMITH later voluntarily stated that he believes he has a lawful right to resist what he percieves as an unlawful law enforcement action up to an including forcefully taking that officer's life. I issued SMITH this Violation Notice (E2359886) for 18 USC 111 - Assaulting, resisting, or impeding certain officers.
CVB: 12     CN: NP25038542

The foregoing statement is based upon:
☐ my personal observation     ☒ my personal investigation
☒ information supplied to me from my fellow officer's observation
☐ other (explain above)

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge.

Executed on: __04/23/2014__     _[signature]_
              Date (mm/dd/yyyy)        Officer's Signature

Probable cause has been stated for the issuance of a warrant.

Executed on: _____
              Date (mm/dd/yyyy)     U.S. Magistrate Judge

# United States District Court
## Violation Notice (Rev. 1/2020)

| Location Code | Violation Number | Officer Name (Print) | Officer No. |
|---|---|---|---|
| 12 | E2359888 | GOFF | 354 |

Violation Notice No: NP2505852

### YOU ARE CHARGED WITH THE FOLLOWING VIOLATION

Date and Time of Offense (mm/dd/yyyy): 4/23/2025 10:45
Offense Charged: ☒ CFR ☐ USC ☐ State Code
36 CFR 2.32(a)(1)

Place of Offense: Rocky Mountain N.R. / US Highway 36 @ Mills Drive

Offense Description: Interfering w/ an agency function by threatening, resisting, intimidating, or intentionally interfering w/ a gov. employee engaged in an official duty

HAZMAT: ☐

### DEFENDANT INFORMATION

Phone: (470) 733-0002
Last Name: Smith
First Name: David
Street Address: 108[REDACTED]
City: Glen[REDACTED]
Driver's License: 0003[REDACTED]
☒ Adult

### VEHICLE

[REDACTED]

### APPEARANCE IS REQUIRED
☒ A — If Box A is checked, you must appear in court. See instructions.
Mandatory Appearance

### APPEARANCE IS OPTIONAL
☐ B — If Box B is checked, you must pay the total collateral due or in lieu of payment appear in court. See instructions.
$ _____ Forfeiture Amount
$30 Processing Fee
$ _____ Total Collateral Due

PAY THIS AMOUNT AT www.cvb.uscourts.gov

### YOUR COURT DATE
Court Address: _____
Date: _____
Time: _____

My signature signifies that I have received a copy of this violation notice. It is not an admission of guilt. I promise to appear for the hearing at the time and place instructed or in lieu of appearance pay the total collateral due.

X Defendant Signature _____

Original - CVB Copy

CVB SCAN 05/16/2025 11:23

---

### STATEMENT OF PROBABLE CAUSE
(For issuance of an arrest warrant or summons)

I state that on April 23rd, 20 25, while exercising my duties as a law enforcement officer in the Federal District of Colorado

See Attached

The foregoing statement is based upon:
☐ my personal observation ☒ my personal investigation
☒ information supplied to me from my fellow officer's observation
☐ other (explain above)

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge.

Executed on: 04/25/2025
Date (mm/dd/yyyy)    Officer's Signature

Probable cause has been stated for the issuance of a warrant.

Executed on: _____
Date (mm/dd/yyyy)    U.S. Magistrate Judge

HAZMAT = Hazardous material involved in incident; PASS = 9 or more passenger vehicle; CDL = Commercial driver's license; CMV = Commercial vehicle involved in incident

## STATEMENT OF PROBABLE CAUSE
(For issuance of an arrest warrant or summons)

I state that on April 23rd, 2025 while exercising my duties as a law enforcement officer in the Federal District of Colorado

In early March of 2025, I was assigned as an invesatigator for an incident that occurred within the bounds of Rocky Mountain National Park on February 17th. On this date, USPRs R. MITCHELL and T. CULLEN were tending to a public demonstration along US Highway 36 involving hundreds of protestors. During the course of a lawful arrest for disobeying a lawful order, one individual (identified as David Smith) was being placed in handcuffs by MITCHELL and CULLEN. Moments before this, SMITH had assaulted another officer by using his body weight and an aggressive advance to overpower her, forcing her into an active highway. During the course of this restraining, SMITH actively resisted by attempting to pull both arms away from officers' grasp in an effort to avoid being placed in handcuffs. During a search incident to arrest of his person, SMITH was uncooperative and continuously bladed his stance away from CULLEN in what appeared to be an attempt to guard his right side. A loaded firearm was later recovered, concealed within SMITH's right front pocket. SMITH later acknowledged in social media posts that he "passively resisted" during this encounter. I issued SMITH this Violation Notice (36 CFR 2.32(a)(1) - Interfering with an agency function.
CVB: 12    CN: NP25038542

The foregoing statement is based upon:

☐ my personal observation   ☒ my personal investigation
☒ information supplied to me from my fellow officer's observation
☐ other (explain above)

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge.

Executed on: 04/25/2025
Date (mm/dd/yyyy)    Officer's Signature

Probable cause has been stated for the issuance of a warrant.

Executed on: _____
Date (mm/dd/yyyy)    U.S. Magistrate Judge

# United States District Court
## Violation Notice
(Rev. 1/2020)

DP25038542

| Location Code | Violation Number | Officer Name (Print) | Officer No. |
|---|---|---|---|
| 12 | E2359889 | GOFF | 359 |

### YOU ARE CHARGED WITH THE FOLLOWING VIOLATION

Date and Time of Offense (mm/dd/yyyy): 4/23/2025 10:45
Offense Charged: ☒ CFR ☐ USC ☒ State Code
36 CFR 2.4(a)(2) / CRS 18-12-104 (3)(a)

Place of Offense: Rocky Mountain N.P. / US Highway 36 @ Mills Drive

Offense Description: Factual Basis for Charge
Possession of a Firearm not in compliance w/ State Law / Colorado Revised Statute 18-12-204 (3)(a)

HAZMAT ☐

### DEFENDANT INFORMATION
Phone: (970) 732-0002

Last Name: Smith
First Name: David
Street Address: 1087 [redacted]
City: Glen [redacted]
Driver's License: 0003 [redacted]

### APPEARANCE IS REQUIRED
A ☒ If Box A is checked, you must appear in court. See instructions.

Mandatory Appearance

### APPEARANCE IS OPTIONAL
B ☐ If Box B is checked, you must pay the total collateral due or in lieu of payment appear in court. See instructions.

$ _____ Forfeiture Amount
+ $30 Processing Fee
$ _____ Total Collateral Due

PAY THIS AMOUNT AT www.cvb.uscourts.gov

### YOUR COURT DATE
(If no court appearance date is shown, you will be notified of your appearance date by mail.)

Court Address: _____ Date: _____ Time: _____

My signature signifies that I have received a copy of this violation notice. It is not an admission of guilt. I promise to appear for the hearing at the time and place instructed or in lieu of appearance pay the total collateral due.

X Defendant Signature

Original - CVB Copy

---

### STATEMENT OF PROBABLE CAUSE
(For issuance of an arrest warrant or summons)

I state that on April 23rd, 2025 while exercising my duties as a law enforcement officer in the Federal District of Colorado

See Attached

The foregoing statement is based upon:
☐ my personal observation    ☒ my personal investigation
☒ information supplied to me from my fellow officer's observation
☐ other (explain above)

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge.

Executed on: 04/23/2025
Date (mm/dd/yyyy)   Officer's Signature

Probable cause has been stated for the issuance of a warrant.

Executed on: _____
Date (mm/dd/yyyy)   U.S. Magistrate Judge

HAZMAT = Hazardous material involved in incident; PASS = 9 or more passenger vehicle; CDL = Commercial driver's license; CMV = Commercial vehicle involved in incident

CVB SCAN 05/16/2025 11:23

## STATEMENT OF PROBABLE CAUSE
(For issuance of an arrest warrant or summons)

I state that on April 23rd, 2025 while exercising my duties as a law enforcement officer in the Federal District of Colorado
In early March of 2025, I was assigned as an invesatigator for an incident that occurred within the bounds of Rocky Mountain National Park on February 17th. On this date, USPRs R. MITCHELL and T. CULLEN were tending to a public demonstration along US Highway 36 involving hundreds of protestors. During the course of a lawful arrest for disobeying a lawful order, one individual (identified as David Smith) was being searched incident to arrest. At the inception of this search, SMITH was asked about the presence of any dangerous items on his person. SMITH refused to answer this question. A loaded firearm was later recovered from SMITH's front right pocket. This firearm was in a leather holster and concealed completely out of site. The totality of the search revealed that SMITH was not in possession of a concealed weapons permit or a government-issued photo ID. Both items are required under Colorado Revised Statute 18-12-204(2)(a). I issued SMITH this Violation Notice (E2359889) for 36 CFR 2.4(a)(2) - Possession of a firearm not in compliance with state law.
CVB: 12     CN: NP25038542

The foregoing statement is based upon:
☐ my personal observation    ☒ my personal investigation
☒ information supplied to me from my fellow officer's observation
☐ other (explain above)

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is ~~true~~ and correct to the best of my knowledge.

Executed on: 04/23/2025    [signature]
             Date (mm/dd/yyyy)    Officer's Signature

Probable cause has been stated for the issuance of a warrant.

Executed on: _____
             Date (mm/dd/yyyy)    U.S. Magistrate Judge

# United States District Court
## Violation Notice (Rev. 1/2020)

NP25038542

| Location Code | Violation Number | Officer Name (Print) | Officer No. |
|---|---|---|---|
| 12 | E2359890 | GOFF | 359 |

### YOU ARE CHARGED WITH THE FOLLOWING VIOLATION

| Date and Time of Offense (mm/dd/yyyy) | Offense Charged ☒ CFR ☐ USC ☐ State Code |
|---|---|
| 4/23/2025 10:45 | 36 CFR 2.32(a)(1) |

Place of Offense: Rocky Mountain National Park Concentration

Offense Description: Factual Basis for Charge

Interfering w/ an agency function —
Intentional interference

### DEFENDANT INFORMATION
Phone: (470) 732-0002

Last Name: Smith
First Name: David

Street Address: 1087[redacted]
City: Glen[redacted]
Driver's License: 0003[redacted]

☒ Adult

### VEHICLE
Tag No: [redacted]

### APPEARANCE IS REQUIRED
A ☒ If Box A is checked, you must appear in court. See instructions.

Mandatory Appearance

### APPEARANCE IS OPTIONAL
B ☐ If Box B is checked, you must pay the total collateral due or in lieu of payment appear in court. See instructions.

$ ___ Forfeiture Amount
+ $30 Processing Fee
$ ___ Total Collateral Due

PAY THIS AMOUNT AT www.cvb.uscourts.gov

### YOUR COURT DATE
Court Address: ___
Date: ___
Time: ___

X Defendant Signature: ___

Original - CVB Copy

---

### STATEMENT OF PROBABLE CAUSE
(For issuance of an arrest warrant or summons)

I state that on April 23rd, 2025 while exercising my duties as a law enforcement officer in the Federal District of Colorado.

See Attached

The foregoing statement is based upon:
☐ my personal observation  ☒ my personal investigation
☒ information supplied to me from my fellow officer's observation
☐ other (explain above)

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge.

Executed on: 04/23/2025
Officer's Signature: ___

Probable cause has been stated for the issuance of a warrant.

Executed on: ___
Date (mm/dd/yyyy)    U.S. Magistrate Judge

## STATEMENT OF PROBABLE CAUSE
(For issuance of an arrest warrant or summons)

I state that on April 23rd, 2025 while exercising my duties as a law enforcement officer in the Federal District of Colorado
In early March of 2025, I was assigned as an invesatigator for an incident that occurred within the bounds of Rocky Mountain National Park on February 17th. On this date, David Smith was arrested and charged with disobeying a lawful order. Following the events of that day, SMITH began to contact Rocky Mountain National Park via phone calls and verbally berate employees. On March 24th, SMITH contacted the Rocky Mountain National Park dispatch emergency phone line demanding to speak to law enforcement. The dispatcher advised SMITH that this line was for life/safety emergencies only and attempted to ascertain if SMITH was calling to report such an occurrence. The dispatcher advised SMITH several times over that the line was reserved for emergenies only. After SMITH was unable to articulate an emergency, the dispatcher disconnected the call. SMITH immediately called back on the same line, having been made aware of its reservation for life/safety emergencies, merely to insult the dispatcher by saying "up your fucking ass bitch". I issued SMITH this Violation Notice (E2359890) for 36 CFR 2.32(a)(1) - Interfering with an agency function - Intentional Interference. Both Phone calls were on a recorded line, and are uploaded in to this case file
CVB: 12     CN: NP25038542

The foregoing statement is based upon:
☐ my personal observation    ☒ my personal investigation
☒ information supplied to me from my fellow officer's observation
☐ other (explain above)

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge.

Executed on: 04/25/2025
Date (mm/dd/yyyy)    Officer's Signature

Probable cause has been stated for the issuance of a warrant.

Executed on: _____
Date (mm/dd/yyyy)    U.S. Magistrate Judge

CVB SCAN 05/16/2025 11:24

# United States District Court
## Violation Notice (Rev. 1/2020)

NP25038542

| Location Code | Violation Number | Officer Name (Print) | Officer No. |
|---|---|---|---|
| 12 | E2359891 | GOFF | 359 |

### YOU ARE CHARGED WITH THE FOLLOWING VIOLATION

Date and Time of Offense (mm/dd/yyyy): 4/23/2025 10:45
Offense Charged: ☒ CFR ☐ USC ☐ State Code
36 CFR 2.34(a)(4)

Place of Offense: Rocky Mountain N.P. / US Highway 36 @ Mills Drive

Offense Description; Factual Basis for Charge: Disorderly conduct — Creating and Maintaining a hazardous condition

### DEFENDANT INFORMATION
Phone: (970) 732-0002
Last Name: Smith
First Name: David
Street Address: 1087 [redacted] #3
City: Glen [redacted]
Drivers License: 0005[redacted]
☒ Adult ☐ Juvenile

### VEHICLE
Tag No. [redacted]

### APPEARANCE IS REQUIRED
A ☒ If Box A is checked, you must appear in court. See instructions.
Mandatory Appearance

### APPEARANCE IS OPTIONAL
B ☐ If Box B is checked, you must pay the total collateral due or in lieu of payment appear in court. See instructions.
$ ___ Forfeiture Amount
+ $30 Processing Fee
$ ___ Total Collateral Due

PAY THIS AMOUNT AT www.cvb.uscourts.gov

### YOUR COURT DATE
(If no court appearance date is shown, you will be notified of your appearance date by mail.)
Court Address: ___
Date: ___
Time: ___

My signature signifies that I have received a copy of this violation notice. It is not an admission of guilt. I promise to appear for the hearing at the time and place instructed or in lieu of appearance pay the total collateral due.

X Defendant Signature

Original - CVB Copy

CVB SCAN 05/16/2025 11:24

---

## STATEMENT OF PROBABLE CAUSE
(For issuance of an arrest warrant or summons)

I state that on April 23rd, 20 25 while exercising my duties as a law enforcement officer in the Federal District of Colorado

See Attached

The foregoing statement is based upon:
☐ my personal observation ☒ my personal investigation
☒ information supplied to me from my fellow officer's observation
☐ other (explain above)

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge.

Executed on: 04/25/2025
Date (mm/dd/yyyy)   Officer's Signature

Probable cause has been stated for the issuance of a warrant.

Executed on: ___
Date (mm/dd/yyyy)   U.S. Magistrate Judge

HAZMAT = Hazardous material involved in incident; PASS = 9 or more passenger vehicle;
CDL = Commercial drivers license; CMV = Commercial vehicle involved in incident

CVB SCAN 05/16/2025 11:24

## STATEMENT OF PROBABLE CAUSE
(For issuance of an arrest warrant or summons)

I state that on April 23rd, 2025 while exercising my duties as a law enforcement officer in the Federal District of Colorado
In early March of 2025, I was assigned as an invesatigator for an incident that occurred within the bounds of Rocky Mountain National Park on February 17th. On this date, Supervisory USPR A. FINK was tending to a public demonstration along US Highway 36 involving hundreds of protestors. FINK had made contact with several individuals standing in the highway creating a hazard to vehicle navigation as well themselves. After giving lawful orders to move out of the roadway, all protesters complied with this instruction with the exception of one (identified as David Smith). FINK gave SMITH multiple lawful orders to keep out of the roadway to which he promptly acknowledged and refused stating his incorrectly percieved right to obstruct the flow of traffic during a 1st Amendment activity. FINK was forced to use physical coersion on SMITH to escort him out of the active roadway. Highway 36 was an active roadway at the time with both east and westbound traffic in a posted 35 mile per hour area. These factors exascerbated SMITH's hazardous condition that he was willfully maintaining. I issued SMITH this Violation Notice (E2359891) for 36 CFR 2.34(a)(4) - Disorderly conduct - Creating and maintaining a hazardous condition

CVB: 12    CN: NP25038542

The foregoing statement is based upon:
☐ my personal observation   ☒ my personal investigation
☒ information supplied to me from my fellow officer's observation
☐ other (explain above)

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge.

Executed on: 04/23/2025
            Date (mm/dd/yyyy)    Officer's Signature

Probable cause has been stated for the issuance of a warrant.

Executed on: _____
            Date (mm/dd/yyyy)    U.S. Magistrate Judge