<u>DEFENDANT</u>: DAVID J. SMITH

<u>YOB</u>: 1984

<u>ADDRESS</u>: ████████████████████████ CO 80532

<u>COMPLAINT FILED?</u> _____ YES \_\_\_x\_\_\_ NO

    IF YES, PROVIDE MAGISTRATE CASE NUMBER: _____
    IF NO, PROCEED TO "OFFENSE" SECTION

<u>HAS DEFENDANT BEEN ARRESTED ON COMPLAINT?</u> No

<u>OFFENSE</u>: Interfering with Agency Function, 36 C.F.R § 2.32(a)(1)

<u>LOCATION OF OFFENSE</u>: Larimer County, CO

<u>PENALTY</u>: NMT 6 months' imprisonment, NMT 1 year supervised release; NMT a $5,000 fine, or both; and a $10 special assessment fee

<u>AGENT</u>: NPS Officer Daniel Goff

<u>AUTHORIZED BY</u>: Taylor Glogiewicz

<u>ESTIMATED TIME OF TRIAL</u>:

    \_\_x\_\_ five days or less     _____ over five days     _____ other

<u>THE GOVERNMENT</u>:

    _____ will seek detention in this case
    _____ will **not** seek detention in this case
    \_\_x\_\_\_ will seek to proceed to immediate sentencing

The statutory presumption of detention **is not** applicable to this defendant.

Class \_B\_\_ Misdemeanor:
    Right to **jury** trial? Yes / **No**
    **Waiver** to proceed before Magistrate Judge necessary? Yes / **No**